# Exhibit A



# U.S. BUREAU OF LABOR STATISTICS

# Occupational Injuries/Illnesses and Fatal Injuries Profiles



Create a New Profile Table

### Number of nonfatal occupational injuries and illnesses involving days away from work[1] by selected worker and case characteristics and occupation, All U.S., state government, 2012 - 2019

| Characteristic | All occupations[2] 2019 | Correctional officers and jailers (code 333012) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
| **Total:** | 56,980 | 11,340 | 10,770 | 10,590 | 10,790 | 10,480 | 10,110 | 10,020 | 10,940 |
| **Sex:** | | | | | | | | | |
| Men | 30,710 | 8,540 | 8,090 | 8,050 | 7,870 | 7,700 | 7,890 | 7,520 | 8,140 |
| Women | 26,140 | 2,790 | 2,670 | 2,540 | 2,920 | 2,720 | 2,220 | 2,440 | 2,770 |
| **Age:** | | | | | | | | | |
| Under 14 | - | - | - | - | - | - | - | - | - |
| 14 to 15 | - | - | - | - | - | - | - | - | - |
| 16 to 19 | 370 | 20 | - | - | - | - | - | 20 | 40 |
| 20 to 24 | 3,090 | 380 | 480 | 480 | 550 | 500 | 490 | 430 | 630 |
| 25 to 34 | 11,490 | 3,060 | 2,890 | 2,440 | 2,700 | 2,890 | 3,390 | 3,460 | 3,150 |
| 35 to 44 | 13,400 | 3,560 | 3,280 | 3,200 | 3,090 | 2,950 | 2,710 | 2,980 | 3,300 |
| 45 to 54 | 14,190 | 3,160 | 3,120 | 3,070 | 3,210 | 2,760 | 2,430 | 2,300 | 2,490 |
| 55 to 64 | 11,190 | 1,040 | 780 | 1,010 | 1,160 | 1,070 | 960 | 630 | 1,100 |
| 65 and over | 1,940 | 50 | 70 | 90 | 70 | 30 | 30 | 90 | 50 |
| **Length of service with employer:** | | | | | | | | | |
| Less than 3 months | 2,160 | 180 | 300 | 350 | 490 | 540 | 330 | 300 | 290 |
| 3 months to 11 months | 5,150 | 550 | 580 | 450 | 560 | 710 | 670 | 600 | 700 |
| 1 year to 5 years | 16,560 | 2,920 | 2,040 | 1,810 | 2,240 | 2,390 | 2,900 | 2,990 | 2,820 |
| More than 5 years | 31,490 | 7,590 | 7,710 | 7,670 | 7,360 | 6,470 | 6,050 | 5,990 | 6,870 |
| **Race or ethnic origin:** | | | | | | | | | |
| White | 12,620 | 3,940 | 4,700 | 4,910 | 4,120 | 3,610 | 3,940 | 2,920 | 3,030 |
| Black or African American | 5,990 | 1,560 | 1,360 | 1,250 | 970 | 1,150 | 1,310 | 1,430 | 1,150 |
| Hispanic or Latino | 2,160 | 660 | 730 | 650 | 670 | 660 | 470 | 970 | 670 |
| Asian | 400 | 80 | 20 | 100 | 50 | 20 | - | - | 70 |
| Native Hawaiian or other Pacific Islander | 60 | 40 | 30 | 50 | 20 | - | - | - | - |
| American Indian or Alaska Native | 170 | 40 | - | - | 100 | 20 | 30 | 80 | - |
| Hispanic and other | - | - | - | - | - | - | - | - | - |
| Multi-race | 20 | - | 30 | - | - | - | - | - | - |
| Not reported | 35,550 | 5,030 | 3,900 | 3,610 | 4,850 | 5,000 | 4,350 | 4,620 | 6,020 |
| **Number of days away from work:** | | | | | | | | | |
| Cases involving 1 day | 5,850 | 790 | 920 | 840 | 780 | 780 | 950 | 920 | 1,090 |
| Cases involving 2 days | 4,620 | 900 | 850 | 900 | 830 | 600 | 670 | 700 | 600 |
| Cases involving 3-5 days | 9,800 | 1,750 | 1,770 | 1,340 | 1,520 | 1,320 | 1,210 | 1,460 | 1,210 |
| Cases involving 6-10 days | 7,000 | 1,310 | 1,310 | 1,280 | 1,570 | 980 | 1,310 | 1,030 | 1,130 |
| Cases involving 11-20 days | 7,080 | 1,390 | 1,370 | 1,390 | 1,270 | 1,240 | 1,200 | 1,190 | 1,560 |
| Cases involving 21-30 days | 3,700 | 590 | 710 | 660 | 800 | 870 | 740 | 750 | 690 |
| Cases involving 31 or more days | 18,930 | 4,610 | 3,840 | 4,180 | 4,020 | 4,690 | 4,050 | 3,980 | 4,660 |
| Median days away from work[3] | 12 | 17 | 14 | 17 | 14 | 24 | 17 | 18 | 20 |
| **Industry sector[4]:** | | | | | | | | | |
| Goods producing industries[5] | - | - | - | - | - | - | - | - | - |
| Natural resources and mining[5],[6] | - | - | - | - | - | - | - | - | - |
| Agriculture, forestry, fishing and hunting[5] | - | - | - | - | - | - | - | - | - |
| Mining[6] | - | - | - | - | - | - | - | - | - |
| Construction | - | - | - | - | - | - | - | - | - |
| Manufacturing | - | - | - | - | - | - | - | - | - |
| Service providing industries | 55,470 | 11,340 | 10,770 | 10,590 | 10,790 | 10,480 | 10,110 | 10,020 | 10,940 |
| Trade, transportation and utilities[7] | - | - | - | - | - | - | - | - | - |
| Wholesale trade | - | - | - | - | - | - | - | - | - |
| Retail trade | - | - | - | - | - | - | - | - | - |
| Transportation and warehousing[7] | - | - | - | - | - | - | - | - | - |
| Utilities | - | - | - | - | - | - | - | - | - |
| Information | - | - | - | - | - | - | - | - | - |
| Financial activities | - | - | - | - | - | - | - | - | - |
| Finance and insurance | - | - | - | - | - | - | - | - | - |
| Real estate and rental and leasing | - | - | - | - | - | - | - | - | - |
| Professional and business services | - | - | - | - | - | - | - | - | - |
| Professional, scientific, and technical services | - | - | - | - | - | - | - | - | - |
| Management of companies and enterprises | - | - | - | - | - | - | - | - | - |
| Administrative and support and waste management and remediation services | - | - | - | - | - | - | - | - | - |
| Education and health services | 25,600 | 70 | 60 | 70 | 40 | 90 | 30 | - | 20 |
| Educational services | 6,960 | - | - | - | - | - | - | - | - |
| Health care and social assistance | 18,640 | 70 | 60 | 70 | 40 | 90 | 30 | - | 20 |

| Characteristic | All occupations(2) 2019 | Correctional officers and jailers (code 333012) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
| Leisure and hospitality | - | - | - | - | - | - | - | - | - |
|    Arts, entertainment, and recreation | - | - | - | - | - | - | - | - | - |
|    Accommodation and food services | - | - | - | - | - | - | - | - | - |
| Other services | - | - | - | - | - | - | - | - | - |
|    Other services, except public administration | - | - | - | - | - | - | - | - | - |
| Public administration | 25,840 | 11,270 | 10,710 | 10,520 | 10,760 | 10,390 | 10,090 | 10,020 | 10,920 |
| **Musculoskeletal disorders(8):** | | | | | | | | | |
| Musculoskeletal disorders | 13,990 | 2,670 | 2,600 | 2,210 | 2,500 | 2,390 | 2,400 | 1,840 | 2,210 |
| **Event or exposure(9):** | | | | | | | | | |
| Violence and other injuries by persons or animal | 15,230 | 3,590 | 3,350 | 3,150 | 3,410 | 3,890 | 3,750 | 4,130 | 4,040 |
|    Intentional injury by other person | 8,680 | 1,500 | 1,190 | 1,160 | 1,690 | 1,900 | 1,710 | 1,490 | 1,580 |
|    Injury by person unintentional or intent unknown | 6,050 | 1,910 | 2,000 | 1,890 | 1,590 | 1,860 | 1,900 | 2,540 | 2,430 |
|    Animal and insect related incidents | 500 | 170 | 50 | 40 | 30 | 80 | 110 | 60 | 30 |
| Transportation incidents | 3,660 | 90 | 190 | 280 | 160 | 200 | 180 | 220 | 140 |
|    Roadway incidents involving motorized land vehicles | 3,110 | 40 | 130 | 240 | 90 | 140 | 140 | 170 | 120 |
| Fires, explosions | 80 | 30 | - | - | - | - | 60 | 40 | 20 |
| Falls, slips, trips | 13,840 | 2,660 | 2,540 | 3,100 | 2,770 | 2,080 | 2,250 | 2,400 | 2,360 |
|    Slips, trips without fall | 1,980 | 720 | 680 | 820 | 660 | 430 | 470 | 550 | 480 |
|    Fall on same level | 9,850 | 1,390 | 1,470 | 1,950 | 1,710 | 1,340 | 1,500 | 1,450 | 1,480 |
|    Fall to lower level | 1,950 | 540 | 370 | 280 | 300 | 250 | 250 | 370 | 400 |
| Exposure to harmful substances or environments | 2,520 | 470 | 500 | 320 | 400 | 310 | 180 | 370 | 840 |
| Contact with object, equipment | 6,640 | 1,480 | 1,290 | 1,100 | 1,090 | 1,100 | 940 | 840 | 980 |
|    Struck by object | 3,700 | 820 | 590 | 460 | 630 | 580 | 640 | 510 | 480 |
|    Struck against object | 1,910 | 470 | 390 | 380 | 260 | 290 | 200 | 160 | 370 |
|    Caught in object, equipment, material | 550 | 80 | 210 | 210 | 60 | 140 | 60 | 80 | 80 |
| Overexertion and bodily reaction | 14,820 | 2,910 | 2,850 | 2,420 | 2,880 | 2,680 | 2,690 | 1,960 | 2,460 |
|    Overexertion in lifting or lowering | 3,110 | 540 | 530 | 320 | 410 | 390 | 580 | 300 | 390 |
|    Repetitive motion involving microtasks | 530 | 80 | 70 | 50 | 60 | 60 | 50 | 20 | 40 |
| All other | 190 | 110 | 30 | 180 | 90 | 220 | 60 | 60 | 100 |
| **Nature of injury, illness(9):** | | | | | | | | | |
| Fractures | 2,850 | 510 | 460 | 260 | 380 | 460 | 420 | 360 | 310 |
| Sprains, strains, tears | 19,010 | 4,720 | 4,120 | 3,900 | 3,860 | 3,740 | 2,980 | 2,890 | 3,220 |
| Amputations | 40 | - | - | - | - | - | - | - | - |
| Cuts, lacerations, punctures | 2,450 | 570 | 320 | 410 | 360 | 360 | 400 | 460 | 360 |
|    Cuts, lacerations | 1,540 | 410 | 220 | 280 | 260 | 200 | 220 | 350 | 230 |
|    Punctures (except gunshot wounds) | 920 | 160 | 110 | 120 | 100 | 160 | 180 | 110 | 130 |
| Bruises, contusions | 5,550 | 1,090 | 990 | 870 | 770 | 720 | 590 | 940 | 850 |
| Chemical burns and corrosions | 200 | 20 | - | - | - | - | - | - | - |
| Heat (thermal) burns | 360 | - | - | - | - | - | 20 | - | 20 |
| Multiple traumatic injuries | 2,980 | 600 | 390 | 550 | 590 | 350 | 370 | 640 | 420 |
|    With sprains and other injuries | 2,310 | 380 | 210 | 260 | 270 | 200 | 210 | 340 | 320 |
|    With fractures and other injuries | 90 | 30 | 40 | 40 | 30 | - | 60 | 30 | 30 |
| Soreness, pain | 14,560 | 1,820 | 2,510 | 2,770 | 2,900 | 3,030 | 3,810 | 3,070 | 3,370 |
| Carpal tunnel syndrome | 150 | 40 | 20 | 20 | 40 | - | - | - | - |
| Tendonitis | 40 | - | 120 | - | - | 20 | - | 90 | - |
| All other | 8,780 | 1,950 | 1,800 | 1,780 | 1,870 | 1,760 | 1,510 | 1,550 | 2,380 |
| **Part of body affected(9):** | | | | | | | | | |
| Head | 5,520 | 700 | 610 | 690 | 910 | 800 | 860 | 940 | 930 |
|    Eye | 840 | 130 | 250 | 70 | 170 | 170 | 150 | 150 | 70 |
| Neck | 760 | 120 | 50 | 90 | 60 | 110 | 60 | 100 | 120 |
| Trunk | 9,130 | 1,810 | 1,720 | 1,550 | 1,410 | 1,160 | 1,310 | 1,230 | 990 |
|    Back | 6,930 | 1,220 | 1,190 | 1,140 | 1,010 | 890 | 870 | 630 | 730 |
| Upper extremities | 14,870 | 3,270 | 3,140 | 2,630 | 2,810 | 2,910 | 2,830 | 3,060 | 3,060 |
|    Shoulder | 4,780 | 840 | 970 | 870 | 1,030 | 930 | 790 | 720 | 900 |
|    Arm | 2,260 | 550 | 340 | 360 | 220 | 370 | 400 | 410 | 420 |
|    Wrist | 1,760 | 270 | 220 | 150 | 200 | 230 | 280 | 240 | 250 |
|    Hand | 4,250 | 1,300 | 1,180 | 970 | 910 | 950 | 910 | 1,080 | 970 |
| Lower extremities | 12,590 | 3,340 | 2,890 | 3,120 | 2,950 | 2,640 | 2,650 | 2,250 | 2,550 |
|    Knee | 5,560 | 1,870 | 1,640 | 1,690 | 1,390 | 1,630 | 1,420 | 1,290 | 1,420 |
|    Ankle | 2,660 | 700 | 450 | 540 | 620 | 450 | 500 | 420 | 400 |
|    Foot | 1,770 | 260 | 270 | 410 | 330 | 150 | 300 | 210 | 250 |
|      Toe, toenail | 390 | 20 | 40 | 40 | 40 | 20 | 20 | 90 | 30 |
| Body systems | 1,950 | 320 | 380 | 400 | 490 | 360 | 230 | 280 | 790 |
| Multiple | 11,420 | 1,640 | 1,890 | 2,060 | 2,110 | 2,350 | 2,060 | 2,050 | 2,360 |
| All other | 740 | 140 | 90 | 40 | 60 | 150 | 120 | 110 | 150 |
| **Source of injury, illness(9):** | | | | | | | | | |
| Chemicals, chemical products | 910 | 90 | 80 | 60 | 50 | 50 | 20 | 110 | 420 |
| Containers | 2,420 | 560 | 510 | 420 | 370 | 330 | 320 | 260 | 460 |
| Furniture, fixtures | 2,270 | 600 | 420 | 330 | 230 | 360 | 280 | 210 | 310 |
| Machinery | 1,110 | 30 | 50 | 20 | 110 | 20 | 90 | 60 | 40 |
| Parts and materials | 1,450 | 180 | 150 | 80 | 120 | 210 | 150 | 60 | 170 |
| Person, injured or ill worker | 8,060 | 2,210 | 2,220 | 2,490 | 2,560 | 2,070 | 1,920 | 1,590 | 1,680 |
|    Worker motion or position | 7,360 | 2,030 | 2,080 | 2,350 | 2,270 | 1,880 | 1,780 | 1,500 | 1,540 |
| Person, other than injured or ill workers | 17,360 | 3,800 | 3,660 | 3,310 | 3,630 | 3,970 | 4,030 | 4,270 | 4,240 |
|    Health care patient | 9,670 | 170 | 30 | 60 | 140 | - | 20 | - | 20 |

| Characteristic | All occupations(2) 2019 | Correctional officers and jailers (code 333012) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
| **Floors, walkways, ground surfaces** | 9,820 | 1,780 | 1,660 | 2,080 | 1,810 | 1,470 | 1,570 | 1,520 | 1,750 |
| **Handtools** | 1,040 | 80 | 40 | 70 | 50 | 30 | 20 | 80 | 70 |
| **Ladders** | 360 | - | - | - | 20 | - | - | 20 | - |
| **Vehicles** | 5,350 | 250 | 350 | 450 | 300 | 320 | 380 | 400 | 280 |
|    Trucks | 690 | - | 60 | 60 | - | 60 | 30 | - | 30 |
|    Cart, dolly, hand truck--nonpowered | 540 | 90 | 90 | 70 | 70 | 90 | 90 | 130 | 60 |
| **All other** | 6,830 | 1,760 | 1,610 | 1,280 | 1,540 | 1,620 | 1,330 | 1,450 | 1,520 |
| **Secondary source of injury, illness(9):** | | | | | | | | | |
|   **Containers, furniture, and fixtures** | 1,300 | 310 | 150 | 250 | 210 | 100 | 130 | 260 | 190 |
|   **Machinery** | 630 | 20 | - | - | 30 | - | 60 | 20 | - |
|     Computers and peripheral equipment | 280 | 20 | - | - | - | - | - | - | - |
|   **Tools, instruments, and equipment** | 830 | 170 | 160 | 210 | 60 | 40 | 170 | 160 | 110 |
|     Firearms, law enforcement, and other self-defense equipment | 280 | 60 | 90 | 90 | 40 | - | 60 | 120 | 50 |
|   **Vehicles** | 2,940 | 100 | 180 | 210 | 50 | 80 | 100 | 260 | 120 |
|     Highway vehicle, motorized | 2,650 | 90 | 150 | 160 | 30 | 70 | 90 | 210 | 110 |
|   **Ice, sleet, snow** | 2,410 | 180 | 320 | 660 | 590 | 270 | 270 | 240 | 350 |
|   **Liquids-nonchemical** | 1,220 | 320 | 230 | 340 | 230 | 190 | 170 | 240 | 330 |
| **Day of Week:** | | | | | | | | | |
|   Sunday | 3,950 | 1,140 | 1,030 | 910 | 1,070 | 1,070 | 1,250 | 1,050 | 820 |
|   Monday | 9,080 | 1,750 | 1,680 | 1,720 | 1,700 | 1,650 | 1,340 | 1,610 | 1,430 |
|   Tuesday | 10,020 | 1,960 | 1,690 | 1,870 | 1,710 | 1,620 | 1,740 | 1,700 | 2,360 |
|   Wednesday | 10,790 | 1,760 | 1,970 | 1,900 | 1,800 | 1,900 | 1,650 | 1,540 | 1,790 |
|   Thursday | 9,670 | 1,860 | 1,760 | 1,610 | 1,710 | 1,710 | 1,860 | 1,410 | 1,840 |
|   Friday | 8,450 | 1,610 | 1,780 | 1,610 | 1,450 | 1,500 | 1,320 | 1,400 | 1,650 |
|   Saturday | 5,020 | 1,260 | 860 | 970 | 1,340 | 1,030 | 960 | 1,310 | 1,070 |
| **Time of Day:** | | | | | | | | | |
|   12:01 AM - 4:00 AM | 1,670 | 430 | 270 | 570 | 370 | 350 | 410 | 390 | 520 |
|   4:01 AM - 8:00 AM | 6,760 | 1,730 | 1,710 | 1,570 | 1,550 | 1,330 | 1,370 | 1,440 | 1,370 |
|   8:01 AM - 12:00 PM | 16,670 | 3,200 | 3,040 | 2,720 | 2,650 | 2,760 | 2,740 | 2,830 | 3,030 |
|   12:01 PM - 4:00 PM | 11,900 | 2,410 | 2,330 | 2,200 | 2,480 | 1,990 | 2,260 | 2,030 | 2,280 |
|   4:01 PM - 8:00 PM | 8,650 | 1,850 | 1,880 | 1,480 | 1,710 | 1,730 | 1,420 | 1,830 | 1,930 |
|   8:01 PM - 12:00 AM | 3,820 | 1,130 | 910 | 1,080 | 1,050 | 890 | 1,040 | 720 | 990 |
|   Not reported | 7,520 | 590 | 630 | 980 | 980 | 1,410 | 880 | 780 | 820 |
| **Hours Worked:** | | | | | | | | | |
|   Occurred before shift began | 720 | 370 | 230 | 430 | 120 | 250 | 190 | 130 | 110 |
|   Less than 1 hour | 5,210 | 1,510 | 1,320 | 1,350 | 1,480 | 1,110 | 1,260 | 1,080 | 1,250 |
|   1 - 2 hours | 6,020 | 1,240 | 1,340 | 1,240 | 1,160 | 1,080 | 1,050 | 1,210 | 1,490 |
|   2 - 4 hours | 12,220 | 2,320 | 2,750 | 1,980 | 2,040 | 2,030 | 2,190 | 2,220 | 2,400 |
|   4 - 6 hours | 9,660 | 2,600 | 1,900 | 1,830 | 2,050 | 2,310 | 1,700 | 2,100 | 2,090 |
|   6 - 8 hours | 8,370 | 1,660 | 1,700 | 1,770 | 1,640 | 1,610 | 1,490 | 1,340 | 1,680 |
|   8 - 10 hours | 3,290 | 560 | 600 | 540 | 580 | 330 | 750 | 600 | 390 |
|   10 - 12 hours | 1,380 | 220 | 120 | 260 | 420 | 120 | 150 | 220 | 230 |
|   12 - 16 hours | 890 | 140 | 120 | 110 | 260 | 90 | 160 | 140 | 300 |
|   More than 16 hours | 190 | 30 | 30 | 60 | - | 40 | 20 | 100 | 40 |
|   Not reported | 9,030 | 710 | 660 | 1,020 | 1,040 | 1,520 | 1,140 | 910 | 950 |

**Footnotes**

(1) Days away from work include those that result in days away from work with or without job transfer or restriction.

(2) Data are coded using the Standard Occupational Classification (SOC). For more information on the version of SOC used in this year, see our Handbook of Methods concepts page: https://www.bls.gov/opub/hom/soii/concepts.htm.

(3) Median days away from work is the measure used to summarize the varying lengths of absences from work among the cases with days away from work. Half the cases involved more days and half involved less days than a specified median. Median days away from work are represented in actual values.

(4) Data are coded using the North American Industry Classification System (NAICS). For more information on the version of NAICS used in this year, see our Handbook of Methods concepts page: https://www.bls.gov/opub/hom/soii/concepts.htm.

(5) Excludes farms with fewer than 11 employees.

(6) Data for Mining (Sector 21 in the North American Industry Classification System) include establishments not governed by the Mine Safety and Health Administration (MSHA) rules and reporting, such as those in oil and gas extraction and related support activities. Data for mining operators in coal, metal, and nonmetal mining are provided to BLS by the Mine Safety and Health Administration, U.S. Department of Labor. Independent mining contractors are excluded from the coal, metal, and nonmetal mining industries. These data do not reflect changes the Occupational Safety and Health Administration made to its recordkeeping requirements effective January 1, 2002; therefore, estimates for these industries are not comparable to estimates of other industries.

(7) Data for employers in railroad transportation are provided to BLS by the Federal Railroad Administration, U.S. Department of Transportation. These data do not reflect the changes Occupational Safety and Health Administration made to its recordkeeping requirements effective January 1, 2002; therefore estimates for these industries are not comparable with estimates for other industries.

(8) Musculoskeletal disorders (MSDs) include cases where the nature of the injury or illness is pinched nerve; herniated disc; meniscus tear; sprains, strains, tears; hernia (traumatic and nontraumatic); pain, swelling, and numbness; carpal or tarsal tunnel syndrome; Raynaud's syndrome or phenomenon; musculoskeletal system and connective tissue diseases and disorders, when the event or exposure leading to the injury or illness is overexertion and bodily reaction, unspecified; overexertion involving outside sources; repetitive motion involving microtasks; other and multiple exertions or bodily reactions; and rubbed, abraded, or jarred by vibration.

(9) Occupational Injury and Illness Classification System 2.01

NOTE: Because of rounding and data exclusion of nonclassifiable responses, data may not sum to the totals. Dashes indicate data that do not meet publication guidelines. The scientifically selected probability sample used was one of many possible samples, each of which could have produced different estimates. A measure of sampling variability for each estimate is available upon request -- please contact iifstaff@bls.gov or call (202) 691-6170. For additional information about methodology and coding structures, see the BLS Handbook of Methods https://www.bls.gov/opub/hom/soii/home.htm.
SOURCE: Bureau of Labor Statistics, U.S. Department of Labor, Apr 30, 2021

U.S. BUREAU OF LABOR STATISTICS   OCWC/OSH, PSB Suite 3180   2 Massachusetts Avenue NE   Washington, DC 20212-0001

 **U.S. BUREAU OF LABOR STATISTICS**

# Occupational Injuries/Illnesses and Fatal Injuries Profiles



Create a New Profile Table

**Number of nonfatal occupational injuries and illnesses involving days away from work[1] by selected worker and case characteristics and occupation, New York, state government, 2012 - 2019**

| Characteristic | All occupations[2] 2019 | Correctional officers and jailers (code 333012) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
| **Total:** | 8,670 | 2,150 | 2,070 | 2,280 | 2,360 | 2,330 | 2,150 | 2,500 | 2,740 |
| **Sex:** | | | | | | | | | |
|   Men | 4,560 | 1,700 | 1,660 | 1,910 | 1,880 | 1,760 | 1,820 | 2,020 | 1,910 |
|   Women | 4,020 | 450 | 420 | 370 | 480 | 580 | 320 | 490 | 840 |
| **Age:** | | | | | | | | | |
|   Under 14 | - | - | - | - | - | - | - | - | - |
|   14 to 15 | - | - | - | - | - | - | - | - | - |
|   16 to 19 | 40 | - | - | - | - | - | - | - | - |
|   20 to 24 | 340 | - | - | 20 | 50 | 60 | 50 | 30 | 90 |
|   25 to 34 | 1,900 | 480 | 530 | 450 | 470 | 630 | 670 | 800 | 650 |
|   35 to 44 | 2,340 | 510 | 490 | 770 | 670 | 710 | 570 | 810 | 960 |
|   45 to 54 | 2,370 | 1,040 | 860 | 810 | 890 | 660 | 580 | 640 | 680 |
|   55 to 64 | 1,340 | 120 | 190 | 200 | 270 | 280 | 270 | 210 | 350 |
|   65 and over | 190 | - | - | 30 | - | - | - | - | 20 |
| **Length of service with employer:** | | | | | | | | | |
|   Less than 3 months | 180 | 20 | 40 | 90 | 130 | 130 | 100 | 80 | 50 |
|   3 months to 11 months | 490 | - | - | - | - | 50 | 20 | 30 | 40 |
|   1 year to 5 years | 2,280 | 210 | 230 | 210 | 220 | 410 | 510 | 620 | 470 |
|   More than 5 years | 5,570 | 1,910 | 1,790 | 1,960 | 2,000 | 1,750 | 1,510 | 1,780 | 2,170 |
| **Race or ethnic origin:** | | | | | | | | | |
|   White | 2,200 | 1,020 | 1,260 | 1,400 | 1,310 | 1,150 | 1,070 | 890 | 870 |
|   Black or African American | 1,460 | 180 | 220 | 240 | 220 | 250 | 150 | 280 | 430 |
|   Hispanic or Latino | 240 | 80 | 60 | 100 | 80 | 60 | - | 110 | 180 |
|   Asian | - | - | - | - | - | - | - | - | - |
|   Native Hawaiian or other Pacific Islander | - | - | - | - | - | - | - | - | - |
|   American Indian or Alaska Native | - | - | - | - | - | - | - | - | - |
|   Hispanic and other | - | - | - | - | - | - | - | - | - |
|   Multi-race | - | - | - | - | - | - | - | - | - |
|   Not reported | 4,750 | 860 | 530 | 530 | 750 | 860 | 920 | 1,220 | 1,270 |
| **Number of days away from work:** | | | | | | | | | |
|   Cases involving 1 day | 750 | 100 | 130 | 100 | 150 | 190 | 240 | 190 | 170 |
|   Cases involving 2 days | 670 | 80 | 190 | 150 | 70 | 170 | 140 | 80 | 140 |
|   Cases involving 3-5 days | 1,260 | 230 | 350 | 250 | 400 | 270 | 240 | 210 | 240 |
|   Cases involving 6-10 days | 1,030 | 260 | 280 | 420 | 300 | 210 | 290 | 280 | 230 |
|   Cases involving 11-20 days | 990 | 220 | 190 | 300 | 190 | 210 | 240 | 370 | 400 |
|   Cases involving 21-30 days | 520 | 130 | 200 | 170 | 250 | 160 | 140 | 250 | 190 |
|   Cases involving 31 or more days | 3,450 | 1,120 | 730 | 900 | 990 | 1,120 | 860 | 1,130 | 1,370 |
|   Median days away from work[3] | 16 | 32 | 15 | 18 | 22 | 26 | 17 | 26 | 30 |
| **Industry sector[4]:** | | | | | | | | | |
|   Goods producing industries[5] | - | - | - | - | - | - | - | - | - |
|     Natural resources and mining[5],[6] | - | - | - | - | - | - | - | - | - |
|       Agriculture, forestry, fishing and hunting[5] | - | - | - | - | - | - | - | - | - |
|       Mining[6] | - | - | - | - | - | - | - | - | - |
|     Construction | - | - | - | - | - | - | - | - | - |
|     Manufacturing | - | - | - | - | - | - | - | - | - |
|   Service providing industries | - | - | - | - | - | - | - | - | - |
|     Trade, transportation and utilities[7] | - | - | - | - | - | - | - | - | - |
|       Wholesale trade | - | - | - | - | - | - | - | - | - |
|       Retail trade | - | - | - | - | - | - | - | - | - |
|       Transportation and warehousing[7] | - | - | - | - | - | - | - | - | - |
|       Utilities | - | - | - | - | - | - | - | - | - |
|     Information | - | - | - | - | - | - | - | - | - |
|     Financial activities | - | - | - | - | - | - | - | - | - |
|       Finance and insurance | - | - | - | - | - | - | - | - | - |
|       Real estate and rental and leasing | - | - | - | - | - | - | - | - | - |
|     Professional and business services | - | - | - | - | - | - | - | - | - |
|       Professional, scientific, and technical services | - | - | - | - | - | - | - | - | - |
|       Management of companies and enterprises | - | - | - | - | - | - | - | - | - |
|       Administrative and support and waste management and remediation services | - | - | - | - | - | - | - | - | - |
|     Education and health services | 4,470 | - | - | - | - | - | - | - | - |
|       Educational services | 430 | - | - | - | - | - | - | - | - |
|       Health care and social assistance | 4,040 | - | - | - | - | - | - | - | - |

| Characteristic | All occupations(2) 2019 | Correctional officers and jailers (code 333012) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
| Leisure and hospitality | - | - | - | - | - | - | - | - | - |
| Arts, entertainment, and recreation | - | - | - | - | - | - | - | - | - |
| Accommodation and food services | - | - | - | - | - | - | - | - | - |
| Other services | - | - | - | - | - | - | - | - | - |
| Other services, except public administration | - | - | - | - | - | - | - | - | - |
| Public administration | 3,890 | 2,150 | 2,070 | 2,280 | 2,360 | 2,330 | 2,150 | 2,500 | 2,740 |
| **Musculoskeletal disorders(8):** | | | | | | | | | |
| Musculoskeletal disorders | 2,040 | 610 | 510 | 500 | 810 | 750 | 530 | 630 | 650 |
| **Event or exposure(9):** | | | | | | | | | |
| Violence and other injuries by persons or animal | 3,010 | 490 | 590 | 660 | 550 | 690 | 660 | 780 | 860 |
| Intentional injury by other person | 1,410 | 180 | 90 | 120 | 230 | 250 | 240 | 220 | 190 |
| Injury by person unintentional or intent unknown | 1,570 | 290 | 490 | 540 | 320 | 440 | 420 | 560 | 680 |
| Animal and insect related incidents | 20 | 20 | - | - | - | - | - | - | - |
| Transportation incidents | 310 | - | 20 | 40 | - | - | - | 20 | - |
| Roadway incidents involving motorized land vehicles | 240 | - | 20 | 40 | - | - | - | - | - |
| Fires, explosions | - | - | - | - | - | - | 30 | 30 | - |
| Falls, slips, trips | 1,970 | 690 | 550 | 760 | 610 | 550 | 640 | 730 | 740 |
| Slips, trips without fall | 220 | 180 | 190 | 200 | 180 | 140 | 130 | 240 | 150 |
| Fall on same level | 1,460 | 280 | 270 | 450 | 320 | 360 | 390 | 390 | 480 |
| Fall to lower level | 280 | 230 | 90 | 80 | 90 | 30 | 100 | 100 | 120 |
| Exposure to harmful substances or environments | 210 | 100 | 50 | 60 | 30 | 40 | - | 80 | 120 |
| Contact with object, equipment | 1,000 | 230 | 320 | 210 | 290 | 250 | 200 | 180 | 320 |
| Struck by object | 500 | 140 | 170 | 40 | 140 | 120 | 140 | 90 | 110 |
| Struck against object | 390 | 60 | 70 | 90 | 80 | 70 | 50 | 40 | 170 |
| Caught in object, equipment, material | 80 | 20 | 50 | 70 | 20 | 30 | - | 20 | 40 |
| Overexertion and bodily reaction | 2,100 | 630 | 530 | 540 | 880 | 810 | 590 | 690 | 670 |
| Overexertion in lifting or lowering | 470 | 170 | 110 | 80 | 150 | 160 | 130 | 80 | 130 |
| Repetitive motion involving microtasks | 40 | 30 | 20 | 20 | 20 | 20 | - | - | - |
| All other | 80 | - | - | - | - | - | - | - | - |
| **Nature of injury, illness(9):** | | | | | | | | | |
| Fractures | 230 | 80 | 90 | 60 | 30 | 60 | 30 | 40 | 40 |
| Sprains, strains, tears | 2,610 | 1,160 | 770 | 720 | 850 | 810 | 580 | 800 | 970 |
| Amputations | - | - | - | - | - | - | - | - | - |
| Cuts, lacerations, punctures | 320 | 60 | 60 | 90 | 80 | 30 | 50 | 70 | 70 |
| Cuts, lacerations | 170 | 60 | 60 | 80 | 60 | 20 | 30 | 60 | 50 |
| Punctures (except gunshot wounds) | 150 | - | - | 20 | - | - | 20 | 20 | - |
| Bruises, contusions | 660 | 160 | 140 | 130 | 100 | 90 | 70 | 110 | 200 |
| Chemical burns and corrosions | - | - | - | - | - | - | - | - | - |
| Heat (thermal) burns | 30 | - | - | - | - | - | - | - | - |
| Multiple traumatic injuries | 440 | 90 | 60 | 80 | 70 | 40 | 40 | 80 | 120 |
| With sprains and other injuries | 380 | 60 | 30 | 50 | 20 | 20 | 20 | 20 | 110 |
| With fractures and other injuries | - | - | - | - | - | - | - | - | - |
| Soreness, pain | 3,500 | 210 | 600 | 830 | 920 | 1,000 | 1,120 | 960 | 990 |
| Carpal tunnel syndrome | 20 | - | 20 | 20 | - | - | - | - | - |
| Tendonitis | - | - | - | - | - | - | - | 20 | - |
| All other | 870 | 360 | 310 | 340 | 290 | 280 | 230 | 420 | 350 |
| **Part of body affected(9):** | | | | | | | | | |
| Head | 680 | 60 | 70 | 110 | 120 | 90 | 110 | 160 | 110 |
| Eye | 70 | 30 | 40 | 20 | 30 | 40 | - | 70 | 20 |
| Neck | 170 | 30 | - | 40 | 30 | - | 20 | 20 | 60 |
| Trunk | 1,120 | 330 | 310 | 420 | 310 | 260 | 290 | 300 | 250 |
| Back | 810 | 210 | 210 | 340 | 240 | 200 | 190 | 170 | 190 |
| Upper extremities | 2,180 | 760 | 770 | 640 | 710 | 710 | 730 | 700 | 800 |
| Shoulder | 560 | 260 | 250 | 180 | 280 | 240 | 240 | 210 | 230 |
| Arm | 260 | 100 | 90 | 90 | 60 | 100 | 90 | 80 | 120 |
| Wrist | 270 | 70 | 40 | 60 | 60 | 60 | 100 | 60 | 50 |
| Hand | 640 | 270 | 280 | 250 | 190 | 190 | 150 | 210 | 250 |
| Lower extremities | 2,000 | 640 | 540 | 530 | 610 | 620 | 560 | 660 | 680 |
| Knee | 940 | 350 | 280 | 310 | 260 | 440 | 310 | 420 | 410 |
| Ankle | 320 | 140 | 90 | 90 | 170 | 80 | 100 | 110 | 80 |
| Foot | 250 | 30 | 70 | 50 | 90 | 40 | 80 | 40 | 100 |
| Toe, toenail | 40 | - | - | - | - | - | - | - | - |
| Body systems | 110 | 30 | 50 | 70 | 40 | 60 | 60 | 90 | 70 |
| Multiple | 2,310 | 290 | 330 | 450 | 530 | 590 | 360 | 570 | 760 |
| All other | 110 | - | - | - | - | 20 | - | - | - |
| **Source of injury, illness(9):** | | | | | | | | | |
| Chemicals, chemical products | 70 | 20 | 30 | - | - | - | - | 30 | 40 |
| Containers | 360 | 160 | 140 | 150 | 140 | 120 | 110 | 60 | 150 |
| Furniture, fixtures | 510 | 230 | 100 | 70 | 80 | 140 | 120 | 50 | 220 |
| Machinery | 120 | - | - | - | 20 | - | 30 | - | - |
| Parts and materials | 140 | - | - | - | 40 | 60 | 40 | 20 | 60 |
| Person, injured or ill worker | 860 | 440 | 450 | 520 | 630 | 520 | 410 | 570 | 400 |
| Worker motion or position | 840 | 430 | 450 | 490 | 610 | 490 | 380 | 540 | 390 |
| Person, other than injured or ill workers | 3,490 | 570 | 610 | 700 | 620 | 730 | 680 | 840 | 930 |
| Health care patient | 2,030 | - | - | - | - | - | - | - | - |

| Characteristic | All occupations(2) 2019 | Correctional officers and jailers (code 333012) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
| Floors, walkways, ground surfaces | 1,410 | 360 | 320 | 510 | 400 | 360 | 430 | 450 | 500 |
| Handtools | 90 | 40 | - | - | 20 | - | - | 30 | 20 |
| Ladders | 30 | - | - | - | - | - | - | - | - |
| Vehicles | 530 | - | 60 | 80 | 50 | 40 | 70 | 40 | 70 |
|   Trucks | 70 | - | 20 | - | - | - | - | - | - |
|   Cart, dolly, hand truck--nonpowered | 50 | - | 30 | 30 | 20 | 30 | 30 | - | 20 |
| All other | 1,060 | 280 | 320 | 220 | 340 | 310 | 250 | 410 | 330 |
| **Secondary source of injury, illness(9):** | | | | | | | | | |
| Containers, furniture, and fixtures | 220 | 100 | 80 | 40 | 40 | - | 50 | 90 | 60 |
| Machinery | 70 | - | - | - | - | - | 20 | - | - |
|   Computers and peripheral equipment | 20 | - | - | - | - | - | - | - | - |
| Tools, instruments, and equipment | 30 | 20 | - | - | 20 | - | 20 | 70 | - |
|   Firearms, law enforcement, and other self-defense equipment | - | - | - | - | - | - | - | 70 | - |
| Vehicles | 180 | 50 | 50 | 50 | - | - | - | 20 | - |
|   Highway vehicle, motorized | 170 | 40 | 30 | 30 | - | - | - | - | - |
| Ice, sleet, snow | 460 | 50 | 90 | 230 | 160 | 70 | 100 | 80 | 90 |
| Liquids-nonchemical | 160 | 30 | 60 | 80 | 60 | 30 | 30 | 80 | 90 |
| **Day of Week:** | | | | | | | | | |
| Sunday | 700 | 210 | 240 | 200 | 250 | 210 | 240 | 230 | 190 |
| Monday | 1,320 | 300 | 320 | 390 | 360 | 350 | 370 | 390 | 400 |
| Tuesday | 1,170 | 290 | 320 | 490 | 300 | 400 | 330 | 480 | 430 |
| Wednesday | 1,840 | 370 | 370 | 410 | 470 | 500 | 360 | 300 | 620 |
| Thursday | 1,470 | 460 | 310 | 330 | 390 | 420 | 440 | 290 | 390 |
| Friday | 1,380 | 370 | 310 | 300 | 290 | 230 | 240 | 440 | 420 |
| Saturday | 800 | 160 | 180 | 160 | 310 | 220 | 160 | 370 | 290 |
| **Time of Day:** | | | | | | | | | |
| 12:01 AM - 4:00 AM | 250 | 50 | 20 | 60 | 100 | 50 | 50 | 90 | 130 |
| 4:01 AM - 8:00 AM | 1,120 | 460 | 320 | 450 | 450 | 410 | 320 | 410 | 390 |
| 8:01 AM - 12:00 PM | 2,530 | 560 | 650 | 590 | 640 | 680 | 630 | 720 | 810 |
| 12:01 PM - 4:00 PM | 2,060 | 520 | 380 | 510 | 580 | 360 | 460 | 560 | 600 |
| 4:01 PM - 8:00 PM | 1,270 | 360 | 430 | 330 | 340 | 380 | 230 | 350 | 430 |
| 8:01 PM - 12:00 AM | 830 | 170 | 190 | 160 | 160 | 210 | 240 | 190 | 290 |
| Not reported | 610 | 30 | 80 | 180 | 80 | 250 | 210 | 180 | 90 |
| **Hours Worked:** | | | | | | | | | |
| Occurred before shift began | 120 | 220 | 100 | 110 | 30 | 80 | 90 | 50 | 30 |
| Less than 1 hour | 940 | 350 | 320 | 400 | 400 | 330 | 320 | 350 | 400 |
| 1 - 2 hours | 1,110 | 250 | 250 | 300 | 320 | 270 | 280 | 300 | 420 |
| 2 - 4 hours | 1,900 | 510 | 520 | 420 | 490 | 530 | 370 | 480 | 660 |
| 4 - 6 hours | 1,590 | 410 | 400 | 390 | 470 | 480 | 350 | 540 | 560 |
| 6 - 8 hours | 1,470 | 340 | 280 | 360 | 380 | 290 | 360 | 410 | 410 |
| 8 - 10 hours | 380 | 30 | 70 | 60 | 100 | 50 | 120 | 100 | 50 |
| 10 - 12 hours | 210 | 20 | - | 40 | 50 | - | - | 50 | 30 |
| 12 - 16 hours | 260 | - | 30 | - | 30 | 20 | 20 | - | 60 |
| More than 16 hours | 80 | - | - | 20 | - | - | - | 20 | 30 |
| Not reported | 610 | 30 | 80 | 180 | 80 | 270 | 210 | 180 | 90 |

**Footnotes**

(1) Days away from work include those that result in days away from work with or without job transfer or restriction.

(2) Data are coded using the Standard Occupational Classification (SOC). For more information on the version of SOC used in this year, see our Handbook of Methods concepts page: https://www.bls.gov/opub/hom/soii/concepts.htm.

(3) Median days away from work is the measure used to summarize the varying lengths of absences from work among the cases with days away from work. Half the cases involved more days and half involved less days than a specified median. Median days away from work are represented in actual values.

(4) Data are coded using the North American Industry Classification System (NAICS). For more information on the version of NAICS used in this year, see our Handbook of Methods concepts page: https://www.bls.gov/opub/hom/soii/concepts.htm.

(5) Excludes farms with fewer than 11 employees.

(6) Data for Mining (Sector 21 in the North American Industry Classification System) include establishments not governed by the Mine Safety and Health Administration (MSHA) rules and reporting, such as those in oil and gas extraction and related support activities. Data for mining operators in coal, metal, and nonmetal mining are provided to BLS by the Mine Safety and Health Administration, U.S. Department of Labor. Independent mining contractors are excluded from the coal, metal, and nonmetal mining industries. These data do not reflect changes the Occupational Safety and Health Administration made to its recordkeeping requirements effective January 1, 2002; therefore, estimates for these industries are not comparable to estimates of other industries.

(7) Data for employers in railroad transportation are provided to BLS by the Federal Railroad Administration, U.S. Department of Transportation. These data do not reflect the changes Occupational Safety and Health Administration made to its recordkeeping requirements effective January 1, 2002; therefore estimates for these industries are not comparable with estimates for other industries.

(8) Musculoskeletal disorders (MSDs) include cases where the nature of the injury or illness is pinched nerve; herniated disc; meniscus tear; sprains, strains, tears; hernia (traumatic and nontraumatic); pain, swelling, and numbness; carpal or tarsal tunnel syndrome; Raynaud's syndrome or phenomenon; musculoskeletal system and connective tissue diseases and disorders, when the event or exposure leading to the injury or illness is overexertion and bodily reaction, unspecified; overexertion involving outside sources; repetitive motion involving microtasks; other and multiple exertions or bodily reactions; and rubbed, abraded, or jarred by vibration.

(9) Occupational Injury and Illness Classification System 2.01

NOTE: Because of rounding and data exclusion of nonclassifiable responses, data may not sum to the totals. Dashes indicate data that do not meet publication guidelines. The scientifically selected probability sample used was one of many possible samples, each of which could have produced different estimates. A measure of sampling variability for each estimate is available upon request -- please contact iifstaff@bls.gov or call (202) 691-6170. For additional information about methodology and coding structures, see the BLS Handbook of Methods https://www.bls.gov/opub/hom/soii/home.htm.

SOURCE: Bureau of Labor Statistics, U.S. Department of Labor, Apr 30, 2021

U.S. BUREAU OF LABOR STATISTICS    OCWC/OSH, PSB Suite 3180    2 Massachusetts Avenue NE    Washington, DC 20212-0001

**TABLE 2**
**Prisoners under jurisdiction of state or federal correctional authorities, by jurisdiction and sex, 2018 and 2019**

| State/federal | 2018 Total | 2018 Male | 2018 Female | 2019 Total | 2019 Male | 2019 Female | Percent change, 2018-2019 Total | Male | Female |
|---|---|---|---|---|---|---|---|---|---|
| U.S. total[a] | 1,464,385 | 1,353,595 | 110,790 | 1,430,805 | 1,322,850 | 107,955 | -2.3% | -2.3% | -2.6% |
| Federal[b] | 179,898 | 167,372 | 12,526 | 175,116 | 162,787 | 12,329 | -2.7% | -2.7% | -1.6% |
| State[a] | 1,284,487 | 1,186,223 | 98,264 | 1,255,689 | 1,160,063 | 95,626 | -2.2% | -2.2% | -2.7% |
| Alabama | 26,841 | 24,439 | 2,402 | 28,304 | 25,555 | 2,749 | 5.5 | 4.6 | 14.4 |
| Alaska[c] | 4,380 | 4,001 | 379 | 4,475 | 4,049 | 426 | 2.2 | 1.2 | 12.4 |
| Arizona | 42,005 | 37,820 | 4,185 | 42,441 | 38,035 | 4,406 | 1.0 | 0.6 | 5.3 |
| Arkansas | 17,799 | 16,396 | 1,403 | 17,759 | 16,188 | 1,571 | -0.2 | -1.3 | 12.0 |
| California[d] | 128,625 | 122,847 | 5,778 | 122,687 | 117,119 | 5,568 | : | : | : |
| Colorado | 20,372 | 18,347 | 2,025 | 19,785 | 17,866 | 1,919 | -2.9 | -2.6 | -5.2 |
| Connecticut[c] | 13,681 | 12,679 | 1,002 | 12,823 | 11,882 | 941 | -6.3 | -6.3 | -6.1 |
| Delaware[c] | 6,067 | 5,646 | 421 | 5,692 | 5,313 | 379 | -6.2 | -5.9 | -10.0 |
| Florida | 97,538 | 90,812 | 6,726 | 96,009 | 89,381 | 6,628 | -1.6 | -1.6 | -1.5 |
| Georgia | 53,647 | 49,708 | 3,939 | 54,816 | 50,798 | 4,018 | 2.2 | 2.2 | 2.0 |
| Hawaii[c] | 5,375 | 4,716 | 659 | 5,279 | 4,523 | 756 | -1.8 | -4.1 | 14.7 |
| Idaho | 8,664 | 7,524 | 1,140 | 9,437 | 8,117 | 1,320 | 8.9 | 7.9 | 15.8 |
| Illinois | 39,965 | 37,627 | 2,338 | 38,259 | 35,995 | 2,264 | -4.3 | -4.3 | -3.2 |
| Indiana | 26,877 | 24,310 | 2,567 | 27,180 | 24,576 | 2,604 | 1.1 | 1.1 | 1.4 |
| Iowa | 9,419 | 8,582 | 837 | 9,282 | 8,443 | 839 | -1.5 | -1.6 | 0.2 |
| Kansas | 10,218 | 9,289 | 929 | 10,177 | 9,267 | 910 | -0.4 | -0.2 | -2.0 |
| Kentucky | 23,431 | 20,380 | 3,051 | 23,082 | 20,177 | 2,905 | -1.5 | -1.0 | -4.8 |
| Louisiana | 32,397 | 30,649 | 1,748 | 31,609 | 29,920 | 1,689 | -2.4 | -2.4 | -3.4 |
| Maine | 2,425 | 2,188 | 237 | 2,185 | 2,000 | 185 | -9.9 | -8.6 | -21.9 |
| Maryland | 18,856 | 18,033 | 823 | 18,595 | 17,864 | 731 | -1.4 | -0.9 | -11.2 |
| Massachusetts | 8,692 | 8,168 | 524 | 8,205 | 7,904 | 301 | -5.6 | -3.2 | -42.6 |
| Michigan | 38,761 | 36,680 | 2,081 | 38,053 | 36,024 | 2,029 | -1.8 | -1.8 | -2.5 |
| Minnesota | 10,101 | 9,402 | 699 | 9,982 | 9,317 | 665 | -1.2 | -0.9 | -4.9 |
| Mississippi | 19,275 | 17,886 | 1,389 | 19,417 | 18,034 | 1,383 | 0.7 | 0.8 | -0.4 |
| Missouri | 30,369 | 27,255 | 3,114 | 26,044 | 23,643 | 2,401 | -14.2 | -13.3 | -22.9 |
| Montana[d] | 3,765 | 3,318 | 447 | 4,723 | 4,175 | 548 | : | : | : |
| Nebraska | 5,491 | 5,061 | 430 | 5,682 | 5,254 | 428 | 3.5 | 3.8 | -0.5 |
| Nevada | 13,641 | 12,349 | 1,292 | 12,840 | 11,601 | 1,239 | -5.9 | -6.1 | -4.1 |
| New Hampshire[e] | 2,722 | 2,491 | 231 | 2,691 | 2,463 | 228 | -1.1 | -1.1 | -1.3 |
| New Jersey | 19,362 | 18,592 | 770 | 18,613 | 17,912 | 701 | -3.9 | -3.7 | -9.0 |
| New Mexico | 7,030 | 6,256 | 774 | 6,723 | 6,046 | 677 | -4.4 | -3.4 | -12.5 |
| New York | 46,636 | 44,544 | 2,092 | 43,500 | 41,572 | 1,928 | -6.7 | -6.7 | -7.8 |
| North Carolina | 34,899 | 32,171 | 2,728 | 34,079 | 31,398 | 2,681 | -2.3 | -2.4 | -1.7 |
| North Dakota[e] | 1,695 | 1,499 | 196 | 1,794 | 1,585 | 209 | 5.8 | 5.7 | 6.6 |
| Ohio | 50,431 | 46,153 | 4,278 | 50,338 | 46,072 | 4,266 | -0.2 | -0.2 | -0.3 |
| Oklahoma[g] | 26,956 | 23,860 | 3,096 | 25,679 | 23,009 | 2,670 | -4.7 | -3.6 | -13.8 |
| Oregon[f] | 15,268 | 14,022 | 1,246 | 14,961 | 13,740 | 1,221 | : | : | : |
| Pennsylvania | 47,239 | 44,305 | 2,934 | 45,702 | 42,886 | 2,816 | -3.3 | -3.2 | -4.0 |
| Rhode Island[c] | 2,767 | 2,613 | 154 | 2,740 | 2,583 | 157 | -1.0 | -1.1 | 1.9 |
| South Carolina | 19,033 | 17,706 | 1,327 | 18,608 | 17,327 | 1,281 | -2.2 | -2.1 | -3.5 |
| South Dakota | 3,948 | 3,377 | 571 | 3,801 | 3,239 | 562 | -3.7 | -4.1 | -1.6 |
| Tennessee | 26,321 | 23,642 | 2,679 | 26,349 | 23,615 | 2,734 | 0.1 | -0.1 | 2.1 |
| Texas | 163,628 | 149,193 | 14,435 | 158,429 | 144,787 | 13,642 | -3.2 | -3.0 | -5.5 |
| Utah[e] | 6,651 | 6,076 | 575 | 6,665 | 6,083 | 582 | 0.2 | 0.1 | 1.2 |
| Vermont[c] | 1,659 | 1,519 | 140 | 1,608 | 1,484 | 124 | -3.1 | -2.3 | -11.4 |
| Virginia | 36,660 | 33,620 | 3,040 | 36,091 | 33,090 | 3,001 | -1.6 | -1.6 | -1.3 |
| Washington | 19,523 | 17,803 | 1,720 | 19,261 | 17,626 | 1,635 | -1.3 | -1.0 | -4.9 |

Continued on next page

*Excerpt from Prisoners in 2019, October 2019, U.S. Department of Justice