# Exhibit C



* Excerpt from Trapped Inside: The Past, Present, and Future of Solitary Confinement in New York, October 2019