# Exhibit F



## DOCCS briefing for the week ending 02-07-16
### (Monday through Sunday)

| | This Week 02/01/16-02/07/16 | Last Week 1/25/16-01/31/16 | YTD 2016 | 2015 | 2014 | 2013 | 2012 | 2011 |
|---|---|---|---|---|---|---|---|---|
| Inmate-on-Inmate Assaults | 20 | 23 | 125 | 917 | 860 | 767 | 652 | 666 |
| Inmate-on-Staff Assaults | 14 | 18 | 89 | 895 | 747 | 645 | 524 | 563 |
| In-facility Inmate Attempted Suicides | 1 | 3 | 15 | 158 | 183 | 162 | 146 | 133 |
| In-facility Inmate Suicides | 0 | 0 | 0 | 10 | 12 | 13 | 14 | 11 |
| In-facility Inmate Homicides | 0 | 0 | 0 | 2 | 0 | 1 | 1 | 3 |
| All other Inmate Deaths | 3 | 4 | 13 | 103 | 113 | 129 | 101 | 107 |
| Contraband | 88 | 61 | 373 | 3,641 | 2,943 | 2,712 | 2,550 | 2,452 |
| Escape Incidents* | 0 | 0 | 0 | 2 | 0 | 1** | 1 | 4 |
| Use of Chemical Agents | 3 | 2 | 7 | 57 | 58 | 66 | 57 | 53 |
| Inmate Accidents | 4 | 9 | 38 | 415 | 436 | 439 | 416 | 344 |
| Parolee Staff Assaults | 0 | 0 | 4 | 64 | 26 | 21 | 15 | N/A |
| Parolee Deaths Suicide | 0 | 0 | 0 | 6 | 6 | 6 | 7 | N/A |
| Parolee Deaths Homicide | 0 | 0 | 1 | 24 | 18 | 26 | 17 | N/A |
| Parolee Deaths - Other | 0 | 2 | 8 | 14 | 12 | 5 | 3 | N/A |
| Civilian Deaths by Parolees | 0 | 1 | 2 | 26 | 15 | 16 | 14 | |
| Parolee Escape | 0 | 0 | 0 | 0 | 2 | 1 | 3 | N/A |
| Parolee Attempted Escape | 0 | 0 | 0 | 1 | 5 | 1 | 1 | N/A |
| Parolee Hostage Situation | 0 | 0 | 0 | 0 | 0 | 2 | 2 | N/A |
| Parolee Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | N/A |
| **Totals** | **133** | **123** | **675** | **6,340** | **5,440** | **5,016** | **4,508** | **4,335** |

All data exclude Willard D.C. Current year-to-date data is preliminary and subject to change.
*Includes secure and non-secure areas
** Rochester work release



# DOCCS FACT SHEET
May 1, 2021

The management and operation of prisons is difficult work. It requires an equal measure of patience, discipline and creativity. DOCCS is responsible for the care, custody, and treatment of individuals sentenced to state prison, working with these inmates to ensure successful re-entry into the community and supervising those who are placed on parole. That's our Department's mission and it's the guide we follow to carry out the very serious responsibility entrusted to us.

The material contained within this Fact Sheet is based on statistical information compiled by DOCCS and it is intended to provide insight into the function and operation of the Department's 50 facilities that house 31,456 inmates and 33,722 parolees under DOCCS' responsibility.

## Prison Safety

| Statewide Assaults* | | | | | | |
|---|---|---|---|---|---|---|
| | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
| **Assaults on Staff Statewide**** | 759 | 799 | 972 | 1,033 | 1,047 | 341 |
| **Assaults on Inmates Statewide**** | 1,135 | 1,224 | 1,165 | 1,265 | 1,204 | 306 |

*Excludes Willard, Edgecombe and Parole Diversion Programs.
**Includes disciplinary confinement SHU 200 units and Regional Medical Units.

| Maximum vs. Medium Facility Inmate-on-Staff Assaults* 2015-2021 | | | | | | |
|---|---|---|---|---|---|---|
| | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
| **Assaults on Staff Statewide** | 759 | 799 | 972 | 1033 | 1047 | 341 |
| Maximum-Security* | 552 | 567 | 722 | 769 | 772 | 265 |
| Medium-Security | 198 | 214 | 237 | 249 | 262 | 74 |

Excludes Willard, Edgecombe and Parole Diversion Programs.
*Includes disciplinary confinement SHU 200 units and Regional Medical Units.

**Note**: Unlike the Penal Law where physical injury is a required element, any attack by an inmate is classified by DOCCS as an assault. This includes events where no physical injury occurs and events where any object, including a small object, is thrown at and hits another person. By contrast, in the Penal Law, an assault requires physical injury, which means impairment of physical condition or substantial pain.

| 2021 1st Quarter Assaults | | | | | |
|---|---|---|---|---|---|
|  | Jan | Feb | Mar |  | Total |
| **Assault on Inmate** | 80 | 81 | 87 |  | 248 |
| **Assault on Staff** | 93 | 82 | 67 |  | 242 |
|  |  |  |  |  |  |
| Total | 173 | 163 | 154 |  | 490 |

| Assault Degree of Injury to Staff | | | | | |
|---|---|---|---|---|---|
| **Incident Type: Staff Injured during an Inmate on Inmate Assault** | | | | | |
|  | February | March | April |  | Total |
| **No Injury** | 300 | 326 | 219 |  | 845 |
| **Minor*** | 11 | 9 | 3 |  | 23 |
| **Moderate**** | 0 | 0 | 0 |  | 0 |
| **Serious***** | 0 | 0 | 0 |  | 0 |
| **Severe****** | 0 | 0 | 0 |  | 0 |
|  |  |  |  |  |  |
| Total | 311 | 335 | 222 |  | 868 |
| **Incident Type: Staff Injured during an Inmate on Staff Assault** | | | | | |
|  | February | March | April |  | Total |
| **No Injury** | 342 | 287 | 381 |  | 1,010 |
| **Minor*** | 98 | 94 | 167 |  | 359 |
| **Moderate**** | 6 | 4 | 9 |  | 19 |
| **Serious***** | 2 | 1 | 3 |  | 6 |
| **Severe****** | 0 | 0 | 0 |  | 0 |
|  |  |  |  |  |  |
| Total | 448 | 386 | 560 |  | 1,394 |

**Note**:  Excludes Willard, Edgecombe, residential treatment facilities and Parole Diversion Programs and is based upon staff injuries sustained in Unusual Incidents each month, including employee accidents. Effective October 1, 2014 per Article VII bill, DOCCS added a category of severe and redefined injury definitions.
*Injuries that require either no treatment, minimal treatment (scratch, bruise, aches/pain) or precautionary treatment.
** Injuries such as lacerations, concussions, 2nd degree burns, serious sprains, dislocation, and muscle or ligament damage.
***Injuries that require transport to an outside hospital but are not considered life-threatening at the preliminary report.
**** Injuries that cause obvious disfigurement, protracted impairment of health, loss or impairment of organ function, amputation, and injuries that risk cause of death.

2

**Escape Incidents**

- The last escape from within a maximum security secure perimeter was 2015 at Clinton Correctional Facility; prior to 2015 the last escape was in 2003.

- The last escape from within a medium security secure perimeter was 1992 at Mid-Orange Correctional Facility.

**Prison Closures**

- Since 1999, New York's prison population has declined by 56.7 percent, from a high of 72,649 incarcerated individuals (includes Willard DTC) to 31,456 (5/1/21).

- Since 2011, the State has eliminated more than 10,000 prison beds and closed a total of 18 correctional facilities due to excess bed capacity resulting in an overall annual savings of approximately $300 million.

- DOCCS security staff reductions have been consistent with inmate population declines. In each of the prison closure years, more than 96% of affected employees remained employed, retired or resigned.

| DOCCS Security Staff and Inmate Population | | | | | | | |
|---|---|---|---|---|---|---|---|
| December | Correction Officers Sergeants Lieutenants Positions Filled | Numeric Change | Percent Change | Offender Population (includes Willard) | Numeric Change | Percent Change | Staffing Ratio Inmate Population Versus Filled Uniform Staff Positions |
| 2003 | 20,794 | -464 | -2.2% | 66,110 | -1,549 | -2.3% | 3.2 |
| 2004 | 21,068 | 274 | 1.3% | 64,905 | -1,205 | -1.8% | 3.1 |
| 2005 | 21,420 | 352 | 1.7% | 63,930 | -975 | -1.5% | 3.0 |
| 2006 | 21,505 | 85 | 0.4% | 64,410 | 480 | 0.8% | 3.0 |
| 2007 | 21,414 | -91 | -0.4% | 63,425 | -985 | -1.5% | 3.0 |
| 2008 | 21,404 | -10 | 0.0% | 60,933 | -2,492 | -3.9% | 2.8 |
| 2009 | 20,602 | -802 | -3.7% | 59,279 | -1,654 | -2.7% | 2.9 |
| 2010 | 20,652 | 50 | 0.2% | 57,229 | -2,050 | -3.5% | 2.8 |
| 2011 | 19,647 | -1,005 | -4.9% | 55,979 | -1,250 | -2.2% | 2.8 |
| 2012 | 19,192 | -455 | -2.3% | 54,865 | -1,114 | -2.0% | 2.9 |
| 2013 | 19,145 | -47 | -0.2% | 54,142 | -723 | -1.3% | 2.8 |
| 2014 | 19,002 | -143 | -0.7% | 53,103 | -1,039 | -1.9% | 2.8 |
| 2015 | 19,360 | 358 | 1.9% | 52,344 | -759 | -1.4% | 2.7 |
| 2016 | 19,233 | -127 | -0.7% | 51,466 | -878 | -1.7% | 2.7 |
| 2017 | 19,242 | 9 | 0.0% | 50,271 | -1,195 | -2.3% | 2.6 |
| 2018 | 19,295 | 53 | 0.3% | 47,459 | -2,812 | .-5.6% | 2.5 |
| 2019 | 19,072 | -223 | -1.2% | 44,334 | -3,125 | -6.6% | 2.3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **2020** | 18,541 | -531 | -2.8% | 34,446 | -9,888 | -22.3% | 1.9 |

| Staffing and Population Differences | | | | |
|---|---|---|---|---|
| | 12/31/99 | 5/1/21 | Numeric Difference | Percent Change |
| **Correction Officers Sergeants Lieutenants** | 22,112 | 18,508 | 3,604 | -16.2% |
| **Inmates (includes Willard)** | 72,649 | 31,456 | 41,193 | -56.7% |

| DOCCS Correctional Facility Security Personnel  Council 82/NYSCOPBA Staff | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
| Council 82 | | | | | | | | | | | | | | |
| **Lieutenants** | 535 | 526 | 521 | 458 | 483 | 482 | 472 | 475 | 471 | 480 | 478 | 470 | 436 | 440 |
| NYSCOPBA | | | | | | | | | | | | | | |
| **Sergeants** | 1,289 | 1,236 | 1,256 | 1,169 | 1,196 | 1,190 | 1,175 | 1,172 | 1,179 | 1,193 | 1,184 | 1,171 | 1,094 | 1,094 |
| **Officers** | 19,522 | 18,955 | 18,930 | 17,945 | 17,741 | 17,627 | 17,569 | 17,635 | 17,601 | 17,581 | 17,528 | 17,431 | 17,071 | 16,974 |
| Subtotal | **20,811** | **20,191** | **20,186** | **19,114** | **18,937** | **18,817** | **18,744** | **18,807** | **18,780** | **18,774** | **18,712** | **18,602** | **18,165** | **18,068** |
| Total | **21,346** | **20,717** | **20,707** | **19,572** | **19,420** | **19,300** | **19,216** | **19,282** | **19,251** | **19,254** | **19,190** | **19,072** | **18,601** | **18,508** |

| Number and Percent of Inmates Convicted of a Violent Felony Offense  In Male Maximum and Medium Security Facilities | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| May 1st of Selected Years | | | | | | | | | |
| | 2011 | | | 2016 | | | 2021 | | |
| | VFO | Inmates | % | VFO | Inmates | % | VFO | Inmates | % |
| **Maximum Facilities** | 19,106 | 24,117 | 79.2% | 17,895 | 22,159 | 80.8% | 13,722 | 15,879 | 86.4% |
| **Medium Facilities** | 15,127 | 27,714 | 54.6% | 14,199 | 25,630 | 55.4% | 8,998 | 13,672 | 65.8% |

**Note**: This table includes inmates at the following parole program facilities: Edgecombe, Willard, Orleans, and Hudson PDP.

| SHU Cell Occupants  Effective Beginning of Business | | | | |
|---|---|---|---|---|
| **Inmate Status** | **2/1/2021** | **3/1/2021** | **4/1/2021** | **5/1/2021** |
| **SHU Disciplinary Sanction** | 923 | 933 | 1015 | 997 |
| **KEEPLOCK Disciplinary Sanction** | 272 | 293 | 296 | 283 |
| **Administrative Segregation** | 16 | 10 | 6 | 7 |
| **Involuntary Protective Custody** | 49 | 29 | 33 | 28 |
| **Pending Disciplinary Hearing** | 251 | 270 | 203 | 197 |
| **Pending Movement From Unit** | 111 | 73 | 66 | 51 |

| | | | | |
|---|---|---|---|---|
| **Pending Investigation** | 5 | 0 | 1 | 0 |
| **Special Watch** | 5 | 3 | 3 | 5 |
| **Voluntary Protective Custody** | 19 | 18 | 16 | 15 |
| **TOTAL SHU Cell Occupants (Excluding Youthful Offenders)** | 1,651 | 1,629 | 1,639 | 1,583 |

| Statewide Inmates Convicted of a Violent Felony Offense | | | | | | |
|---|---|---|---|---|---|---|
| End of Year | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
| Violent Offenders | 32,908 | 32,236 | 31,093 | 29,623 | 25,193 | 23,672 |

**Note**: This table includes offenders at the following parole program facilities: Edgecombe Residential Treatment, Orleans and Hudson Parole Diversion Programs and Willard Drug Treatment Campus.

| 2014 Releases by Return Rate | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Release Type And Release Cohort | Total Released | Total Returned | | Return Type New Commitment | | Return Type Parole Violator | |
| 2014 Releases | 21,816 | 9,318 | 42.7% | 2,079 | 9.5% | 7,239 | 33.2% |
| | | | | | | | |
| Parole | 8,997 | 4,725 | 52.5% | 786 | 8.7% | 3,939 | 43.8% |
| Conditional Release | 10,567 | 4,156 | 39.3% | 856 | 8.1% | 3,300 | 31.2% |
| Maximum Expiration | 2,252 | 437 | 19.4% | 437 | 19.4% | N/A | N/A |

**Note**: DOCCS defines recidivism as recommitment or return to NYS DOCCS custody after an inmate's sanctioned release to the community.
**Note**: DOCCS followed a 2012 release cohort of offenders for three years to obtain the return rate data in the above table.

| Community Supervision Staffing and Cases by Region/Bureau* | | |
|---|---|---|
| (start of month data - excludes staff and parolees in the revocation process) | | |
| Region/Bureau | Number of Parolees | Number of Parole Officers & Senior Parole Officers |
| **Bronx Region** | | |
| Bureau I | 985 | 17 |
| Bureau II | 798 | 21 |
| Bureau III | 745 | 13 |
| Bureau IV | 686 | 17 |
| Bureau V | 748 | 19 |
| | | |
| **Brooklyn Region** | | |
| Bureau I | 968 | 16 |
| Bureau II | 723 | 13 |
| Bureau III | 1,071 | 21 |
| Bureau IV | 1,032 | 21 |
| | | |
| | | |
| **Central New York** | | |
| Northeast | 607 | 17 |
| Plattsburgh Sub | 368 | 9 |
| Syracuse Belt | 614 | 16 |
| Syracuse | 977 | 29 |

| | | |
|---|---|---|
| Utica | 1,106 | 31 |
| Watertown Sub | 349 | 8 |
| | | |
| **Hudson Valley Region** | | |
| New Rochelle | 833 | 17 |
| Peekskill | 838 | 19 |
| Albany | 1,065 | 23 |
| Schenectady | 904 | 24 |
| Poughkeepsie | 879 | 21 |
| | | |
| **Manhattan/Staten Island** | | |
| Manhattan Bureau II | 641 | 21 |
| Manhattan Bureau III | 1,128 | 15 |
| Manhattan Bureau IV | 1,010 | 11 |
| Manhattan Bureau VI | 714 | 25 |
| Staten Island | 602 | 14 |
| | | |
| **Queens/Long Island** | | |
| Queens Bureau I | 711 | 12 |
| Queens Bureau II | 1,192 | 20 |
| Queens Bureau III | 736 | 15 |
| Long Island SOU | 713 | 17 |
| Suffolk | 931 | 21 |
| Nassau | 722 | 15 |
| | | |
| **Western Region** | | |
| Buffalo Metro | 1,132 | 25 |
| Niagara Frontier | 496 | 9 |
| Elmira | 622 | 17 |
| Binghamton Sub | 534 | 10 |
| Rochester Metro | 1,107 | 17 |
| Rochester Belt | 683 | 18 |
| Rochester SOU | 852 | 26 |
| Southern Tier Sub | 776 | 19 |

**\*Average case load size cannot be determined using this data**