STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct:   (518) 776-2599
Writer's Email:   Brian.Matula@ag.ny.gov

May 28, 2021

Hon. Christian F. Hummel
U.S. District Court – Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway
Albany, New York 12207

    Re:   *NYSCOPBA et al. v. Cuomo et al.*
          1:21-cv-535 (MAD / CFH)

Dear Judge Hummel,

    Please accept this letter as a limited appearance on behalf of the defendants for the purpose of seeking an extension of forty-five (45) days of the Answer deadline, to July 15, 2021. Plaintiffs' attorneys have consented to this request. The additional time is being requested so that this Office can sufficiently evaluate potential representational issues, and to investigate the allegations in the Complaint.

    The defendants' deadline to answer or move is currently June 1, 2021. We request that defendants be permitted to submit their Answer or request for permission to move by July 15, 2021. There have been no other requests for extensions in this case.

    We appreciate the Court's attention to this matter.

                              Respectfully yours,

                              *s/Brian W. Matula*

                              Brian W. Matula
                              Assistant Attorney General
                              Bar Roll No.: 511717

cc:     Emily G. Hannigan, Esq. (VIA ECF)
        Gregory T. Myers, Esq. (VIA ECF)
        LIPPES MATHIAS WEXLER FRIEDMAN LLP
        *Counsel for Plaintiffs*
        54 State Street – Suite 1001
        Albany, New York 12207