UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK STATE CORRECTIONAL OFFICERS AND POLICE BENEVOLENT ASSOCIATION, *et al.*,<br><br>                                   *Plaintiffs*,<br><br>-against-<br><br>KATHY HOCHUL, in her official capacity as Governor of the State of New York[1], *et al.*,<br><br>                                   *Defendants*. | **NOTICE OF MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1) AND 12(b)(6)**<br><br>Docket No.: 1:21-CV-0535 (MAD/CFH) |

PLEASE TAKE NOTICE that upon the Defendants' Memorandum of Law in Support of their Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) and upon the Declaration of Brian W. Matula dated September 20, 2021 with annexed exhibits, and upon all prior proceedings, Defendants will move this Court at a date and time to be established by the Court at the United States District Court, Northern District of New York, Albany, New York, for (1) the substitution pursuant to F.R.C.P. Rule 25(d) of Governor Kathy Hochul as the successor of former Governor Andrew M. Cuomo on the Court's Docket; and (2) judgment pursuant to F.R.C.P. Rules 12(b)(1) and 12(b)(6) and as more fully set forth in Defendants' Memorandum of Law in Support of their Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). Defendants are seeking the dismissal of Plaintiff's action in its entirety.

---

[1] Governor Kathy Hochul succeeded Andrew M. Cuomo as Governor of the State of New York on August 24, 2021. Accordingly, Governor Hochul has been automatically substituted as a defendant. *See* Fed. R. Civ. P. 25(d). Defendants respectfully request that the Court direct the Clerk of the Court to modify the Court's electronic docket accordingly.

Dated: September 20, 2021  LETITIA JAMES
      Albany, New York  Attorney General
        Attorney for the Defendants
        State of New York
        The Capitol
        Albany, New York  12224-0341

      By:  *s/Brian W. Matula*
        Brian W. Matula, Esq.
        Assistant Attorney General, of Counsel
        Bar Roll No. 511717
        Telephone: (518) 776-2599
        Email: Brian.Matula@ag.ny.gov

      By:  Michael G. McCartin, Esq.
        Assistant Attorney General | Special Counsel
        Bar Roll No. 511158
        Telephone: (518) 776-2620
        Email: Michael.McCartin@ag.ny.gov

TO:  Emily Grace Hannigan, Esq. (VIA ECF)
      Lippes Mathias Wexler Friedman LLP
      *Attorneys for Plaintiffs*
      54 State Street, Suite 1001
      Albany, NY 12207
      518-462-0110
      Fax: 518-462-5260
      Email: ehannigan@lippes.com

      Gregory Taylor Myers, Esq. (VIA ECF)
      Lippes Mathias Wexler Friedman LLP
      *Attorneys for Plaintiffs*
      54 State Street, Suite 1001
      Albany, NY 12207
      518-462-0110
      Fax: 518-462-5260
      Email: gmyers@lippes.com