

**Lippes Mathias** Wexler Friedman LLP

54 State Street
Suite 1001
Albany, NY 12207
Phone: 518.462.0110
Fax: 518.462.5260
lippes.com

EMILY G. HANNIGAN
EHANNIGAN@LIPPES.COM

September 22, 2021

Hon. Mae A. D'Agostino
U.S. District Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207

**Re:   NYSCOPBA et al v. Cuomo et al.**
**      1:21-cv-535 (MAD / CFH)**

Dear Judge D'Agostino:

On behalf of the plaintiffs, I am writing to request a sixty (60) day extension of the current October 12, 2021 deadline to respond to defendants' Motion to Dismiss, which was filed on September 20, 2021.

Defendants' attorneys have consented to this request. The additional time is being requested so that this office can sufficiently review defendants' motion, and the voluminous authorities cited therein, and prepare a response. Plaintiffs have not previously sought or obtained an extension of time in this case.

The requested extension would make plaintiff's response due on December 11, 2021.

I thank the Court in advance for its consideration of this request.

Respectfully yours,

Emily G. Hannigan
EGH/gsp
cc:   Brian W. Matula, Esq., Assistant Attorney General (via e-file)
      Michael G. McCartin, Esq., Assistant Attorney General, Special Counsel (via e-file)