UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**NEW YORK STATE CORRECTIONAL OFFICERS AND POLICE BENEVOLENT ASSOCATION, INC.; THOMAS HANNAH,** *individually and on the behalf of all others similarly situated*; **CHOLE HAYES,** *individually and on the behalf of all others similarly situated*; **ERIK MESUNAS,** *individually and on the behalf of all others similarly situated*; **KERRI MONTGOMERY,** *individually and on the behalf of all others similarly situated*; **SARAH TOMPKINS,** *individually and on the behalf of all others similarly situated*; **ALEXANDER VOITSEKHOVSKI,** *individually and on the behalf of all others similarly situated*; **JOHN AND JANE DOES 1-18,000,**
                                         **Plaintiffs,**

    vs.                                                                                        **1:21-cv-535 (MAD/CFH)**

**KATHY HOCHUL,** *in her official capacity as Governor of New York*; **STATE OF NEW YORK; NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION; ANTHONY ANNUCCI,** *in his official capacity as Acting Commissioner of the New York State Department of Corrections and Community Supervision*,
                                         **Defendants.**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendants' motion to dismiss (Dkt. No. 15) is **GRANTED;** and the Court further **ORDERS** that the Clerk of the Court shall enter judgment in Defendants' favor and close this case, all of the above pursuant to the Memorandum-Decision and Order of the Honorable Judge Mae A. D'Agostino, dated the 16th day of June, 2022.

DATED: June 16, 2022

*[signature]*
Clerk of Court

                                                   s/Britney Norton
                                                   Deputy Clerk